**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: J.M. AND J.M., MINOR CHILDREN | : | No. 114 MAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: E.M., GRANDMOTHER | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.